Dennis O. Hickey, Plaintiff in Error, vs. Irvin Lock-
lear, Defendant in Error.

Writ of Error to Circuit Court, Lee county.

*Louis A. Hendry*, for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error
against the defendant in error. There was judgment for
the defendant, and the plaintiff takes writ of error. The
judgment is affirmed.

Decision Per Curiam.

---

John E. Ivers, Plaintiff in Error, vs. John Keefe, as
Chief of Police of the City of Jacksonville, Defend-
ant in Error.

Writ of Error to Circuit Court, Duval county.

*A. W. Cockrell & Son*, for Plaintiff in Error.

*J. M. Barrs*, for Defendant in Error.

This action was brought by the plaintiff in error
against the defendant in error. There was judgment for
the defendant, and the plaintiff takes writ of error.

Writ of error dismissed on praecipe of counsel for
plaintiff in error.